UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISSE BONILLA,

    Plaintiff,

v.                                                  Case No: 8:16-cv-2523-T-36TGW

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas G. Wilson on September 1, 2016 (Doc. 5). In the Report and Recommendation, Magistrate Judge Wilson recommends that the complaint be dismissed, but that the plaintiff be allowed to file within thirty days an amended complaint that complies with the Federal Rules of Civil Procedure. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc. 5) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

  (2) Plaintiff's Complaint (Doc. 1) is dismissed without prejudice.  Plaintiff is granted leave to file an amended complaint within **thirty (30) days** from the date of this order which complies with the Federal Rules of Civil Procedure.  **Failure to file an amended complaint within this time period will result in this matter being dismissed without further notice from the court.**

 **DONE AND ORDERED** at Tampa, Florida on September 20, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record